IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:   21 U.S.C. §§ 841(a)(1), 846, |
| CLIFFORD SCOTT EATON and | ) | and 18 U.S.C. § 2 |
| JACOB CALVIN KESSLER | ) | |

**Conspiracy to Possess with Intent to Distribute and
Distribute a Controlled Substance**

The Grand Jury Charges:

From in or about November 2007 through September 2008, in the District of North Dakota and elsewhere,

CLIFFORD SCOTT EATON and
JACOB CALVIN KESSLER

did knowingly and intentionally combine, conspire, confederate, and agree together with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United State Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1.      It was part of said conspiracy that the defendants and others would and did possess with intent to distribute and did distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine;

2.      It was further a part of said conspiracy that the defendants and others would and did use telecommunication facilities in furtherance of the conspiracy;

3.      It was further a part of said conspiracy that the defendants and others would and did attempt to conceal their activities;

4.      It was further a part of said conspiracy that the defendants and others would and did use United State currency in their drug transactions;

5.      During the course of said conspiracy, members of the conspiracy, both known and unknown to the grand jury:  (a) traveled between California and North Dakota; (b) purchased and obtained methamphetamine in California; and (c) transported the drugs back to North Dakota for distribution in North Dakota by the defendants and others;

In violation of Title 21, United States Code, Section 846.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Lynn C. Jordheim
LYNN C. JORDHEIM
Acting United States Attorney

JL/DDH/jcv