Local 2255 Judgment (Rev. 9/11)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### Southwestern Division

| | |
|---|---|
| Clifford Scott Eaton ) | |
| Petitioner/Defendant ) | **JUDGMENT ON PETITION PURSUANT TO 28 U.S.C. § 2255** |
| ) | |
| v. ) | |
| ) | Criminal Case No.   1:09-cr-103-01 |
| United States of America ) | |
| ) | Civil Case No.        1:12-cv-084 |
| Respondent/Plaintiff. ) | |

**IT IS ORDERED AND ADJUDGED** that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is dismissed, pursuant to the Order filed on July 24, 2013.

CLERK OF COURT

Date:  July 26, 2013

*/s/ Renee Hellwig, Deputy Clerk*
_____
*Signature of Clerk or Deputy Clerk*